LAW OFFICES OF RONALD A. MARRON, APLC
RONALD A. MARRON, ESQ. [SBN 175650]
ron@consumersadvocates.com
3636 Fourth Avenue, Ste. 202
San Diego, CA  92103
Telephone:    619-696-9006
Facsimile:     619-564-6665

*Attorney for Plaintiff Sean Lauer*
*and all others similarly situated*

### UNITED STATES DISTRICT COURT

### FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN LAUER, an individual, on behalf of himself and all others similarly situated,<br><br>              Plaintiffs,<br><br>v.<br><br>OBESITY RESEARCH INSTITUTE, LLC, a California limited liability company,<br><br>              Defendant. | CASE NO.     12-CV-0109-WQH-RBB<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

\\
\\
\\
\\
\\
\\
\\
\\
\\
\\
\\

1

**TO THE COURT, ALL PARTIES, AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, Plaintiff Sean Lauer voluntarily dismisses the above captioned action without prejudice.

PLEASE TAKE FURTHER NOTICE that no named defendant has made an appearance in this action as of the date hereof.

DATED: April 24, 2012

/s/ Ronald A. Marron
RONALD A. MARRON

LAW OFFICES OF RONALD A. MARRON, APLC
3636 Fourth Avenue, Suite 202
San Diego, California 92103
Telephone: (619) 696.9006
Facsimile: (619) 564.6665